# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3381
_____

BRADLEY HARRIS WHITEHEAD,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.

November 8, 2023


PER CURIAM.

An *Anders*\* review of the record in Mr. Whitehead's case reveals no arguable issues on appeal. There was competent, substantial evidence to support the judgment and sentence. His motion for judgment of acquittal was properly denied. There are no issues evident on the face of the record. Accordingly, we affirm.

AFFIRMED.

OSTERHAUS, C.J., and KELSEY and LONG, JJ., concur.

_____

\* *Anders v. California*, 386 U.S. 738 (1967).

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Ross S. Haine II, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.